**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Oakwood Paving, LLC** <br> Name | EIN | **82–5268487** |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter | **7  12/31/19** |
| Case number: | **19–82949** | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's full name** | Oakwood Paving, LLC | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 728 Northwest Hwy #246 <br> Fox River Grove, IL 60021 | |
| **4.** | **Debtor's attorney** <br> Name and address | John P Dickson <br> Dickson Law Group,LLC <br> 4 E. Terra Cotta Ave. <br> Crystal Lake, IL 60014 | Contact phone 8153175193 <br> Email: john@dicksonlawgroup.com |
| **5.** | **Bankruptcy trustee** <br> Name and address | Bernard J Natale <br> Bernard J. Natale, Ltd. <br> Edgebrook Office Center <br> 1639 N Alpine Rd <br> Suite 401 <br> Rockford, IL 61107 | Contact phone 815–964–4700 <br> Email: natalelaw@bjnatalelaw.com |
| **6.** | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Western Division <br> 327 South Church Street <br> Rockford, IL 61101 | Hours open: <br> 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 1/2/20 |
| **7.** | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **February 18, 2020 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **308 West State Street, Room 40, Rockford, IL 61101** |
| **8.** | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

United States Bankruptcy Court
Northern District of Illinois

In re:  
Oakwood Paving, LLC  
      Debtor

Case No. 19-82949-TML  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: vgossett     Page 1 of 1     Date Rcvd: Jan 02, 2020  
                         Form ID: 309C     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2020.
```
db           +Oakwood Paving, LLC,    728 Northwest Hwy #246,    Fox River Grove, IL 60021-1207
28514501     +Bergman Trucking,    262 Eric Dr.,    Palatine, IL 60067-2509
28514503     +Casey Equipment Company, Inc.,    1603 E. Algonquin Rd.,    Arlington Heights, IL 60005-4758
28514505     +Dawn Koterbski,    5314 Oak Park Rd.,    Oakwood Hills, IL 60013-1008
28514506     +Doc's River Road Storage,    2121 S. River Rd.,    Island Lake, IL 60051-9228
28514507     +Jose Guerrero Trucking & Paving Inc,    1877 Busse Hwy,    Des Plaines, IL 60016-6726
28514508     +Laborers' Pension Fund,    11465 West Cermak Rd,    Westchester, IL 60154-5771
28514509     +Laborers' Welfare Fund,    11465 W. Cermak Rd.,    Westchester, IL 60154-5771
28514510      Law Offices of Arnold H. Landis,    77 W. Washington St., Ste. 702,    Chicago, IL 60602-3267
28514511     +Office of Fund Counsel,    111 W. Jackson Blvd., Ste 1415,    Chicago, IL 60604-3868
28514513     +Richard Koterbski,    5314 Oak Park Rd.,    Oakwood Hills, IL 60013-1008
28514514     +Thorntons FleetWorks,    P.O. Box 639,    Portland, ME 04104-0639
28514515     +Vulcan Materials Company,    1520 Midway Ct.,    Elk Grove Village, IL 60007-6605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: john@dicksonlawgroup.com Jan 03 2020 02:26:01     John P Dickson,
                Dickson Law Group,LLC,    4 E. Terra Cotta Ave.,    Crystal Lake, IL  60014
tr            +EDI: QBJNATALE.COM Jan 03 2020 07:03:00      Bernard J Natale,    Bernard J. Natale, Ltd.,
                Edgebrook Office Center,    1639 N Alpine Rd,    Suite 401,    Rockford, IL 61107-1481
28514504       E-mail/Text: laldorasi@commercialcreditgroup.com Jan 03 2020 02:26:10
                Commercial Credit Group, Inc.,    2135 City Gate Ln, Ste 440,    Naperville, IL 60563
28514502       EDI: CAPITALONE.COM Jan 03 2020 07:03:00      CapitalOne,    PO Box 30285,
                Salt Lake City, UT 84130-0285
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28514512*       +Office of Fund Counsel,    111 W. Jackson Blvd., Ste. 1415,    Chicago, IL 60604-3868
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2020 at the address(es) listed below:
```
              Bernard J Natale    natalelaw@bjnatalelaw.com,    bnatale@ecf.axosfs.com
              John P Dickson    on behalf of Debtor 1 Oakwood Paving, LLC john@dicksonlawgroup.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 3
```